UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHANTA D. BEASLEY, Plaintiff, | : | |
| v. | : | CA 04-483 ML |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, Defendant. | : | |

ORDER

Defendant's motion to enlarge the time in which to file a motion to affirm the decision of the Commissioner and supporting memorandum up to and including Friday, October 21, 2005, is granted. Plaintiff shall have up to and including Friday, November 4, 2005, to file a brief reply memorandum if desired.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
September 23, 2005

BY ORDER:

Deputy Clerk