UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SHANTA D. BEASLEY

v.                                                                                   CA 04-483 ML

JO ANNE B. BARNHART,
COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION

ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Martin on November 14, 2005. I have reviewed the Report and Recommendation and adopt it in its entirety. Plaintiff's Motion to Reverse or Remand is granted to the extent that the case is remanded to the Commissioner for further administrative proceedings. Defendant's Motion for Judgment and Remand is also granted.

SO ORDERED:

Mary M. Lisi
United States District Judge
December  7 , 2005